BURKHALTER KESSLER CLEMENT & GEORGE LLP
Alton G. Burkhalter, Esq., Bar No. 119594
Email Address: aburkhalter@bkcglaw.com
Ros M. Lockwood, Esq., Bar No. 194718
Email Address: rlockwood@bkcglaw.com
Amber M. Sanchez, Esq., Bar No. 247103
Email Address: asanchez@bkcglaw.com
2020 Main Street, Suite 600
Irvine, California 92614
Telephone:  (949) 975-7500
Facsimile:  (949) 975-7501

Attorneys for Third Parties,
Kathleen A. Gillespie, The Millard Foundation, and Lifestar Institute

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM H. MILLARD,<br><br>    Defendant. | CASE NO. CV11-80242 MISC WHA<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO STAY ENFORCEMENT OF SUBPOENAS SERVED IN THE NORTHERN DISTRICT OF CALIFORNIA DURING PENDENCY OF RELATED THIRD PARTY MOTION IN THE MIDDLE DISTRICT OF FLORIDA |

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:** Enforcement of the Subpoenas served by Plaintiff, the Commonwealth of the Northern Mariana Islands, on The Millard Foundation, Kathleen Gillespie, and Lifestar Institute, which are subject to enforcement in the Northern District of California, will be stayed until 3 business days following resolution of the pending third party motion in the Middle District of Florida, which was filed on October 31, 2011.

The stay will in no way prejudice Plaintiff's right to restart the proceedings in this Court.

DATED: November 16, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE