1    BURKHALTER KESSLER CLEMENT & GEORGE LLP
      Alton G. Burkhalter, Esq., Bar No. 119594
2    Email Address: aburkhalter@bkcglaw.com
      Ros M. Lockwood, Esq., Bar No. 194718
3    Email Address: rlockwood@bkcglaw.com
      Amber M. Sanchez, Esq., Bar No. 247103
4    Email Address: asanchez@bkcglaw.com
      2020 Main Street, Suite 600
5    Irvine, California 92614
      Telephone:  (949) 975-7500
6    Facsimile:  (949) 975-7501

7

8    Attorneys for Third Parties,
      Kathleen A. Gillespie, The Millard Foundation, and Lifestar Institute

9

10                    UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12    COMMONWEALTH OF THE NORTHERN       CASE NO. CV11-80242 MISC WHA
      MARIANA ISLANDS,

13               Plaintiff,

14       v.                           **[PROPOSED] ORDER GRANTING**

15                               **JOINT STIPULATION TO STAY**
      WILLIAM H. MILLARD,               **ENFORCEMENT OF SUBPOENAS**

16                               **SERVED IN THE NORTHERN**
              Defendant.           **DISTRICT OF CALIFORNIA DURING**

17                               **PENDENCY OF RELATED THIRD**

18                               **PARTY MOTION IN THE MIDDLE**
                              **DISTRICT OF FLORIDA**

19

20

21

22

23

24

25

26

27

28

1

2

## [PROPOSED] ORDER

3

      **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:

4
Enforcement of the Subpoenas served by Plaintiff, the Commonwealth of the Northern

5
Mariana Islands, on The Millard Foundation, Kathleen Gillespie, and Lifestar Institute, which

6
are subject to enforcement in the Northern District of California, will be stayed until 3 business

7
days following resolution of the pending third party motion in the Middle District of Florida,

8
which was filed on October 31, 2011.

9
      The stay will in no way prejudice Plaintiff's right to restart the proceedings in

10
this Court.

11

12
DATED:  November 16, 2011.

13
                      William Alsup
                      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28